# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| BOBBY GILBERT, | ) | Case No. 1:22-cv-1318 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | James E. Grimes, Jr. |
| OHIO DEPARTMENT OF | ) | |
| REHABILITATION AND | ) | |
| CORRECTION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is granted. Pursuant to 28 U.S.C. § 1915(b), the total filing fee in the amount of $350 is due. Further, an initial partial fee in the amount of $10.81 is due and should be deducted from Plaintiff's prisoner account, when funds are available therein, until the initial partial fee is paid. Thereafter, the prison cashier's office shall deduct, and forward to the Court, 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the full fee has been paid.

The Clerk is directed to issue a copy of this order and the attached instructions, which are incorporated herein, to the plaintiff and the prison cashier's office. The Clerk is further directed to forward a copy of this order to the Court's financial office.

**SO ORDERED.**

Dated:  October 24, 2022

_____

J. Philip Calabrese
United States District Judge
Northern District of Ohio